DNJ-Civ-010 (Rev 07/2024) Order on Social Security IFP

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF NEW JERSEY

SELVIN MEDINA

    Plaintiff(s),

    v.

COMMISSIONER OF SOCIAL SECURITY

    Defendant(s).

Civil Action No. 25-14701 (MCA)

**ORDER**

Upon reading the affidavit of Plaintiff requesting that he/she be permitted to proceed *in forma pauperis:*

IT IS on this _____ day of _____ 2026

☐    **ORDERED** that Plaintiff be permitted to proceed without prepayment of fees or costs or security therefore, in accordance with Section 1915(a), Title 28, United States Code; and that the Clerk shall file the Complaint without prepayment of the filing fee;

☐    **IT IS FURTHER ORDERED** that the Clerk shall issue a summons and create a separate docket entry indicating that the Summonses and the Complaint have been served by electronic means via the Court's CM/ECF System upon the Commissioner of Social Security.

☐    **ORDERED** that the application is **DENIED**, for the following reasons:

☐    **IT IS FURTHER ORDERED** that the Clerk close the file. Plaintiff(s) may submit payment in the amount of $405 within 14 days from the date of this Order to reopen the case without further action from the Court.

 

_____
Honorable Madeline Cox Arleo
United States District Judge